AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SHEDRICK BOWES-NORTHERN<br><br>　　　　　　　Plaintiff<br><br>　　　v.<br><br>HERMAN PATEL<br>*Hotel Owner*<br><br>PORTER COUNTY OF<br>*TERMINATED: 09/26/2023*<br><br>PORTER TOWN OF<br>*also known as*<br>Porter City of<br><br>CHRISTOPHER HAMMER<br><br>CHOICES INTERNATIONAL HOTEL INC<br><br>TODD ALLEN<br><br>COMFORT INN AND SUITES<br><br>THOMAS BLYTHE<br>*Town of Porter Police Officer*<br><br>　　　　　　　Defendants | ) <br> ) Civil Action No. 2:22-cv-42<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____ .

**X** other: <u>JUDGMENT IS ENTERED in favor of Defendants, Herman Patel, Porter Town of, Christopher Hammer, Choices International Hotel Inc, Todd Allen, Comfort Inn and Suites, Thomas Blythe, and against Plaintiff, Shedrick Bowes-Northern.</u>

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Magistrate Judge <u>Andrew P. Rodovich on Defendants' Motions for Summary Judgment.</u>

DATE: <u> 02/06/2025         </u>          *Chanda J. Berta, Clerk of Court*

by <u>   s/J. Barboza                    </u>
         *Signature of Clerk or Deputy Clerk*